UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MELFORD JOHN WARREN JR, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF CORRECTIONS FOR THE STATE OF WASHINGTON, <br><br> Defendants. | Case No. C18-5550 RBL-TLF <br><br> ORDER DISMISSING PLAINTIFF'S COMPLAINT |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) plaintiff's amended complaint fails to state a claim upon which relief may be granted under 42 U.S.C. § 1983; and

(3) plaintiff's amended complaint, therefore this action, hereby is DISMISSED with prejudice; and

(4) plaintiff's motion to proceed *in forma pauperis* is DENIED as moot.

Dated this 11th day of September, 2018.

Ronald B. Leighton
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1